# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

SHAWN RILEY, individually and on behalf of all
others similarly situated

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

SAFEWAY, INC

CV 07    6174

JCS

TO: (Name and address of defendant)

Corporation Service Company (authorized agent of service of process)
P.O. Box 526036
Sacramento, CA 95852

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shana E. Scarlett
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
San Francisco, CA 94710

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE_____

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| REED A. KATHREIN, ESQ. (133034) HAGENS BERMAN SOBOL SHAPIRO LLP 715 Hearst Ave., Suite 202 Berkeley, California 94710 | | (510) 725-3034 | |
| Attorneys for:    PETER LIEN | | Ref. No. Or File No. W2488512 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

WESTEND CAPITAL MANAGEMENT LLC

Defendant:

VERIFONE HOLDINGS, INC.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: CV 07-6237 MMC |
|---|---|---|---|---|

I,  Michael Weeker, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : VERIFONE HOLDINGS, INC.

By Serving         : Lucy Lee, Legal Department

Address            : 2099 Gateway Place, Suite 600 , San Jose, California  95110
Date & Time        : Tuesday, December 11, 2007 @ 12:35 p.m.
Witness fees were   : Not applicable.

Person serving:
Michael Weeker
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415)  546-6000

a. Fee for service:
d. Registered California Process Server
    (1) Employee or independent contractor
    (2) Registration No.:  617
    (3) County:  Santa Clara
    (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  December 12, 2007

Signature:_____
                    Michael Weeker


Printed on recycled paper