Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Boulevard, Suite B
Oak Park, IL 60301
Telephone: (708) 776-5600
Facsimile: (708) 776-5601
beth@hbsslaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAWN RILEY, Individually and on Behalf of All Others Siilarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.,<br><br>Defendant. | No. 07-CV-6174 JCS<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

010004-11 213184 V1

1  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

3  in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

4  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

5  final judgment. Appeal from the judgment shall be taken directly to the United States Court of

6  Appeals for the Ninth Circuit.

8  DATED: December 20, 2007                HAGENS BERMAN SOBOL SHAPIRO LLP

10                                          By  /s/ Shana E. Scarlett
                                                SHANA E. SCARLETT

12                                          715 Hearst Avenue, Suite 202
                                            Berkeley, CA  94710
                                            Telephone: (510) 725-3000
13                                          Facsimile: (510) 725-3001
                                            shanas@hbsslaw.com

15                                          Steve W. Berman
                                            HAGENS BERMAN SOBOL SHAPIRO LLP
                                            1301 Fifth Avenue, Suite 2900
16                                          Seattle, WA  98101
                                            Telephone: (206) 623-7292
17                                          Facsimile: (206) 623-0594
                                            steve@hbsslaw.com

19                                          Elizabeth A. Fegan
                                            HAGENS BERMAN SOBOL SHAPIRO LLP
                                            820 North Boulevard, Suite B
20                                          Oak Park, IL  60301
                                            Telephone: (708) 776-5600
21                                          Facsimile: (708) 776-5601
                                            beth@hbsslaw.com

23                                          Attorneys for Plaintiff

CONSENT TO PROCEED BEFORE A UNITED STATES         - 1 -
MAGISTRATE JUDGE – NO. 07-CV-6174 JCS
010004-11  213184 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Shana E. Scarlett
　　　　　　　　　　　　　　　　　　　　　　　　　SHANA E. SCARLETT

CONSENT TO PROCEED BEFORE A UNITED STATES    - 2 -
MAGISTRATE JUDGE – NO. 07-CV-6174 JCS
010004-11 213184 V1

# Mailing Information for a Case 3:07-cv-06174-JCS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,nancyq@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard
Suite B
Oak Park, IL 60301
```