1  Shana E. Scarlett (217895)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  shanas@hbsslaw.com

5  Steve W. Berman
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
7  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
8  steve@hbsslaw.com

9  Elizabeth A. Fegan
   HAGENS BERMAN SOBOL SHAPIRO LLP
10 820 North Boulevard, Suite B
   Oak Park, IL 60301
11 Telephone: (708) 776-5600
   Facsimile: (708) 776-5601
12 beth@hbsslaw.com

13 Attorneys for Plaintiff

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION

SHAWN RILEY, Individually and on Behalf of  )  No. CV-07-6174 JCS
All Others Similarly Situated,              )
                                            )
                        Plaintiff,          )  [PROPOSED] ORDER GRANTING
                                            )  STEVE W. BERMAN APPLICATION
     v.                                     )  FOR ADMISSION OF ATTORNEY
                                            )  *PRO HAC VICE*
SAFEWAY, INC.,                              )
                                            )
                        Defendant.          )  Action filed December 5, 2007
_____)

FILED
2008 JAN -9 AM 11: 15
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

RECEIVED
07 DEC 19 PM 12: 1
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

1  STEVE W. BERMAN, an active member in good standing of the bar of the State of
2  Washington, whose business address and telephone number is:
3  USDC Washington, Western Division
   700 Stewart Street
4  Seattle, WA 98101
5  having applied in the above-entitled action for admission to practice in the Northern District of
6  California on a *pro hac vice* basis, representing Plaintiff Shawn Riley.
7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
9  *vice*. Service of papers upon and communication with co-counsel designed in the application will
10 constitute notice to the party. All future filings in this action are subject to the requirements
11 contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/9/08

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING APPLICATION
OF STEVE W. BERMAN FOR ADMISSION OF                - 1 -
ATTORNEY *PRO HAC VICE*
NO. 07-6174 JCS