Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Boulevard, Suite B
Oak Park, IL 60301
Telephone: (708) 776-5600
Facsimile: (708) 776-5601
beth@hbsslaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAWN RILEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.,<br><br>Defendant. | No. CV-07-6174 JCS<br><br>[PROPOSED] ORDER GRANTING ELIZABETH A. FEGAN APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Action filed December 5, 2007 |

FILED
2008 JAN -9  AM 11: 15
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

ORIGINAL

1  Elizabeth A. Fegan, an active member in good standing of the bar of the State of Illinois,
2  whose business address and telephone number is:
3  
Illinois Supreme Court
State of Illinois Building
4  160 North LaSalle Street
Chicago, IL 60601
5  
6  having applied in the above-entitled action for admission to practice in the Northern District of
7  California on a *pro hac vice* basis, representing Plaintiff Shawn Riley.
8  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
10  *vice*. Service of papers upon and communication with co-counsel designed in the application will
11  constitute notice to the party. All future filings in this action are subject to the requirements
12  contained in General Order No. 45, *Electronic Case Filing*.
13  
14  Dated: 1/9/08

JOSEPH C. SPERO
15  
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
16  
17  
...
28  

[PROPOSED] ORDER GRANTING APPLICATION
OF ELIZABETH A. FEGAN FOR ADMISSION OF        - 1 -
ATTORNEY *PRO HAC VICE*
NO 07-6174 JCS