UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHAWN RILEY,

         Plaintiff,

  v.

SAFEWAY INC. et al,

         Defendant.

Case Number: CV07-06174 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard
Suite B
Oak Park, IL 60301

Dated: January 9, 2008

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk