LATHAM & WATKINS LLP
Viviann C. Stapp (Bar No. 233036)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: viviann.stapp@lw.com

*Attorney for Defendant Safeway Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SHAWN RILEY, individually and on behalf of all others similarly situated,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**SAFEWAY INC.,**<br><br>　　　　　　　　　　**Defendant.** | No.  07-cv-06174-JCS<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:　　Hon. Joseph C. Spero<br>Action Filed:　December 5, 2007<br>Trial Date:　　None Set |

1 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE THAT Viviann C. Stapp of the law offices of Latham & Watkins LLP hereby file this Notice of Appearance in the above-captioned action as counsel for Defendant Safeway Inc. and request that copies of all briefs, motions, orders, correspondence, and other papers be electronically served on the undersigned at *viviann.stapp@lw.com*.

Dated: February 19, 2008                            Respectfully submitted,

By_____/s/_____
Viviann C. Stapp (Bar No. 233036)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: viviann.stapp@lw.com

Attorney for Defendant Safeway Inc.