1  LATHAM & WATKINS LLP
   Viviann C. Stapp (Bar No. 233036)
2  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-2562
3  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
4  Email: viviann.stapp@lw.com

5  *Attorney for Defendant Safeway Inc.*

6

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO DIVISION

10 | SHAWN RILEY, individually and on behalf of all others similarly situated, | ) ) | No. 07-cv-06174-JCS |
|---|---|---|
| Plaintiff, | ) ) ) | **DEFENDANT SAFEWAY INC.'S CERTIFICATION OF INTERESTED ENTITIES AND F.R.C.P. 7.1 DISCLOSURES** |
| v. | ) ) ) ) | Judge:  Hon. Joseph C. Spero<br>Action Filed:  December 5, 2007<br>Trial Date:  None Set |
| SAFEWAY INC., | ) ) ) | |
| Defendant. | ) ) | |

1

Case No. 07-cv-06174-JCS
DEFENDANT SAFEWAY INC.'S CIVIL L.R. 3-16
CERTIFICATION OF INTERESTED ENTITIES AND
F.R.C.P. 7.1 DISCLOSURES

1       Pursuant to Civil Local Rule 3-16 of the Northern District of California, the

2 undersigned certifies that as of this date, other than the named parties, that Aurora Dairy

3 Corporation d/b/a Aurora Organic Dairy has an interest, as defined by the above-referenced

4 Local Rule, in the outcome of this case.

5       In addition, pursuant to Federal Rule of Civil Procedure 7.1, Defendant Safeway

6 Inc. ("Safeway") hereby states that it is a corporation organized under the laws of the State of

7 Delaware.  AXA Assurances I.A.R.D. Mutuelle (a French mutual insurance company), AXA

8 Assurances Vie Mutuelle (a French mutual insurance company), AXA Courtage Assurance

9 Mutuelle (another French mutual insurance company and along with the first two, acting as a

10 parent holding company), AXA (a French company and parent holding company) and AXA

11 Financial, Inc. (a Delaware corporation and parent holding company) beneficially owned a total

12 of 71,666,033 shares of Safeway Common Stock as of December 31, 2007, representing 16.2%

13 of Safeway's outstanding shares.  AllianceBernstein (a subsidiary of AXA Financial, Inc. and

14 organized under the laws of the State of Delaware) is deemed to have sole dispositive power over

15 71,156,888 of those shares.

16 Dated:    February 19, 2008               Respectfully submitted,

17                                                             LATHAM & WATKINS LLP

20                                                             By /s/
                                                                 Viviann C. Stapp
                                                               Attorneys for Defendant

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

Case No. 07-cv-06174-JCS
DEFENDANT SAFEWAY INC.'S CIVIL L.R. 3-16
CERTIFICATION OF INTERESTED ENTITIES AND
F.R.C.P. 7.1 DISCLOSURES