LATHAM & WATKINS LLP
Viviann C. Stapp (Bar No. 233036)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: viviann.stapp@lw.com

Mark S. Mester (Ill. Bar No. 6196140)
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com

Attorneys for Defendant Safeway Inc.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAWN RILEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC.,<br><br>Defendant. | No. 07-cv-06174-JCS<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (MARK S. MESTER) |

LATHAM & WATKINS
ATTORNEYS AT LAW

Case No. 07-cv-06174-JCS
ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
(MARK S. MESTER)

1        Mark S. Mester, an active member in good standing of the bars of the state of
2 Illinois and the United States District Court for the Northern District of Illinois, whose business
3 address and telephone number is Latham & Watkins LLP, 233 South Wacker Drive, Sears
4 Tower, Suite 5800, Chicago, Illinois, 60606, (312) 876-7700, having applied in the above-
5 entitled action for admission to practice in the Northern District of California on a *pro hac vice*
6 basis, representing Safeway Inc.

7        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8 and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
9 *hac vice*. Service of papers upon and communication with co-counsel designated in the
10 application will constitute notice to the party. All future filings in this action are subject to the
11 requirements contained in General Order No. 45, *Electronic Case Filing*.

13 Dated: 2/25/08

Judge Joseph C. Spero
United States District Court Magistrate Judge

LATHAM&WATKINS
ATTORNEYS AT LAW

Case No. 07-cv-06174-JCS
ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
(MARK S. MESTER)