| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|  | Viviann C. Stapp (Bar No. 233036) |
| 2 | 505 Montgomery Street, Suite 2000 |
|  | San Francisco, California 94111-2562 |
| 3 | Telephone: (415) 391-0600 |
|  | Facsimile: (415) 395-8095 |
| 4 | Email: viviann.stapp@lw.com |
| 5 | Livia M. Kiser (Ill. Bar No. 6275283) |
|  | 233 South Wacker Drive |
| 6 | Sears Tower, Suite 5800 |
|  | Chicago, IL 60606 |
| 7 | Telephone: (312) 876-7700 |
|  | Facsimile: (312) 993-9767 |
| 8 | Email: livia.kiser@lw.com |
| 9 | *Attorneys for Defendant Safeway Inc.* |

FILED
FEB 21 PM 12:04
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAWN RILEY, individually and on behalf of all others similarly situated, | No. 07-cv-06174-JCS |
| Plaintiff, | |
| | **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* **(LIVIA M. KISER)** |
| v. | |
| SAFEWAY INC., | |
| Defendant. | |

1    Pursuant to Civil L.R. 11-3, Livia M. Kiser, an active member in good standing of
2 the bars of the state of Illinois and the United States District Court for the Northern District of
3 Illinois, hereby applies for admission to practice in the Northern District of California on a *pro*
4 *hac vice* basis representing Defendant Safeway Inc. in the above-entitled action.

5    In support of this application, I certify on oath that:

6    1.    I am an active member in good standing of a United States Court or of the
7 highest court of another State or the District of Columbia, as indicated above;

8    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil
9 Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become
10 familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court;
11 and,

12    3.    An attorney who is a member of the bar of the Court in good standing and
13 who maintains an office within the State of California has been designated as co-counsel in the
14 above-entitled action. The name, address and telephone number of this attorney is Viviann C.
15 Stapp, Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111,
16 (415) 391-0600.

17    I declare under penalty of perjury that the foregoing is true and correct.

19 Date: February 21, 2008

*[signature]*
Livia M. Kiser

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016052
Cashier ID: bucklem
Transaction Date: 02/21/2008
Payer Name: specialized legal services i
nc
--------------------------------------
PRO HAC VICE
 For: mark s mester
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: livia m kiser
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
--------------------------------------
CHECK
 Check/Money Order Num: 29971
 Amt Tendered:   $420.00
--------------------------------------
Total Due:      $420.00
Total Tendered: $420.00
Change Amt:     $0.00

c07-6174jcs


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```