LATHAM & WATKINS LLP
Viviann C. Stapp (Bar No. 233036)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: viviann.stapp@lw.com

Livia M. Kiser (Ill. Bar No. 6275283)
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: livia.kiser@lw.com

*Attorneys for Defendant Safeway Inc.*

FEB 21 PM 12: 05

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAWN RILEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SAFEWAY INC.,<br><br>    Defendant. | No. 07-cv-06174-JCS<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (LIVIA M. KISER) |

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

Case No. 07-cv-06174-JCS
ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
(LIVIA M. KISER)

1  Livia M. Kiser, an active member in good standing of the bars of the state of
2  Illinois and the United States District Court for the Northern District of Illinois, whose business
3  address and telephone number is Latham & Watkins LLP, 233 South Wacker Drive, Sears
4  Tower, Suite 5800, Chicago, Illinois, 60606, (312) 876-7700, having applied in the above-
5  entitled action for admission to practice in the Northern District of California on a *pro hac vice*
6  basis, representing Safeway Inc.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
9  *hac vice*. Service of papers upon and communication with co-counsel designated in the
10 application will constitute notice to the party. All future filings in this action are subject to the
11 requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____    _____
Judge Joseph C. Spero
United States District Court Magistrate Judge

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW

Case No. 07-cv-06174-JCS
ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
(LIVIA M. KISER)