1  LATHAM & WATKINS LLP
   Viviann C. Stapp (Bar No. 233036)
2  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-2562
3  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
4  Email: viviann.stapp@lw.com

5  Mark S. Mester (Ill. Bar No. 6196140) (*pro hac vice* pending)
   Livia M. Kiser (Ill. Bar No. 6275283) (*pro hac vice* pending)
6  233 South Wacker Drive
   Suite 5800 Sears Tower
7  Chicago, Illinois 60606
   Telephone: (312) 876-7700
8  Facsimile: (312) 993-9767
   Email: mark.mester@lw.com
9       livia.kiser@lw.com

10 *Attorneys for Defendant Safeway Inc.*

11

12                  **UNITED STATES DISTRICT COURT FOR THE**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14                       **SAN FRANCISCO DIVISION**

15
   **SHAWN RILEY, individually and on behalf**      No.  **07-cv-06174-JCS**
16 **of all others similarly situated,**            )
                                                    )
17                                   Plaintiff, )
                                                    )    **NOTICE OF APPEARANCE**
18                                                  )    **(MARK S. MESTER AND LIVIA**
                                                    )    **M. KISER)**
19                                                  )
                                                    )
20      v.                                          )
                                                    )
21 **SAFEWAY INC.,**                                )
                                                    )
22                                   Defendant. )
                                                    )
23
24
25
26
27
28

FILED

08 FEB 21  PM 12: 04

CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE THAT Mark S. Mester and Livia M. Kiser of the law

3  offices of Latham & Watkins LLP hereby file this Notice of Appearance in the above-captioned

4  action as counsel for Defendant Safeway Inc. and request that copies of all briefs, motions, orders,

5  correspondence, and other papers be electronically served on the undersigned at:

(1) *mark.mester@lw.com*
6  (2) *livia.kiser@lw.com*

7

Dated:  February 21, 2008                         Respectfully submitted,

8

9

10                                                By
                                                  Viviann C. Stapp (Bar No. 233036)
11                                                505 Montgomery Street, Suite 2000
                                                  San Francisco, California 94111-2562
12                                                Telephone: (415) 391-0600
                                                  Facsimile: (415) 395-8095
                                                  Email: viviann.stapp@lw.com
13

                                                  -and-
14

15                                                Mark S. Mester (Ill. Bar No. 6196140)
                                                  (subject to admission *pro hac vice*)
16                                                LATHAM & WATKINS LLP
                                                  233 South Wacker Drive
                                                  Sears Tower, Suite 5800
17                                                Chicago, IL 60606
                                                  Telephone: (312) 876-7700
18                                                Facsimile: (312) 993-9767
                                                  Email: mark.mester@lw.com
19

                                                  Livia M. Kiser (Ill. Bar No. 6275283)
20                                                (subject to admission *pro hac vice*)
                                                  LATHAM & WATKINS LLP
21                                                233 South Wacker Drive
                                                  Sears Tower, Suite 5800
22                                                Chicago, IL 60606
                                                  Telephone: (312) 876-7700
23                                                Facsimile: (312) 993-9767
                                                  Email: livia.kiser@lw.com
24

25                                                Attorneys for Defendant Safeway Inc.

26

27

28

2